IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-60691
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

BRENT MANDAL JONES,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:01-CR-91-GG
--------------------
March 5, 2003

Before DAVIS, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

        Brent Mandal Jones appeals his conviction for conspiring to possess more than fifty grams of crack cocaine with intent to distribute.  He asserts that the evidence was insufficient to support his conviction because the witnesses against him were all convicted drug dealers and because their testimony was unsubstantiated.  The uncorroborated testimony of a coconspirator may be sufficient to support a conviction.  See United States v.

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gadison, 8 F.3d 186, 190 (5th Cir. 1993).  We hold that "a rational jury could have found the essential elements of the offense[] beyond a reasonable doubt."  Id. at 189 (internal quotation and citation omitted).

Jones also asserts that the district court erred in limiting his closing argument to twenty minutes.  He has not established that the district court abused its discretion in this limitation. See United States v. Moye, 951 F.2d 59, 63 (5th Cir. 1992).

Jones contends that the cumulative effect of these errors requires reversal.  He has failed to show that cumulative errors deprived him of a fair trial.  See United States v. Munoz, 150 F.3d 401, 418 (5th Cir. 1998).  The judgment of the district court is AFFIRMED.